UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY JOHNSON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:10-CV-233-FL |
| ) | |
| UNITED STEEL WORKERS OF ) | |
| AMERICA LOCAL 1481, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed without prejudice. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 20, 2011, and Copies To:**
Henry Johnson Williams (via U.S. Mail) 1642 Klondyke Road, Chadburn, NC 28431


January 20, 2011                   DENNIS P. IAVARONE, CLERK
                                     /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk